DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LUCIEN ALEXIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-583

[August 3, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Lynch, Judge; L.T. Case Nos. 10-14768CF10A, 11-8395CF10A, and 11-8910CF10A.

Lucien Alexis, Fort Lauderdale, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***